

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2014

No. 04-14-00105-CV

**IN THE ESTATE OF BILLYE M. HORMUTH**, Deceased,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2011-PC-4120
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Rebeca C. Martinez, Justice

The panel has considered the appellee's motion for reconsideration, and the motion is DENIED.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court